■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GARCIA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Slavin, J.), rendered June 12, 1991, convicting him of criminal sale of a controlled substance in the second degree and criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GONZALEZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered December 6, 1991.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.